IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MARTIN OWEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>_____ ) | Case No. 2:06-CV-02531-DFL-DAD (PS)<br><br>ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

For good cause shown, defendant Social Security Administration's *ex parte* application for extension of time to respond to plaintiff's complaint, filed November 15, 2006, is hereby APPROVED. Defendant's deadline is extended to December 5, 2006.

IT IS SO ORDERED.

DATED: November 20, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.prose/owen2531.ord

Order Granting Defendant's *Ex Parte* Application for
Extension of Time to Respond to Complaint

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

That on **November 20, 2006**, she served a copy of:

[proposed] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

by placing said document(s) in postage paid envelope(s) addressed to the persons listed below, which are the last known addressees, and deposited said envelope(s) in the United States mail in Sacramento, California.

ADDRESSEE(S):

Steven Martin Owen
P.O. Box 1315
Davis, CA 95617

        */s/ Janet Bain*
        (original signature retained by attorney)

_____
JANET BAIN
Legal Assistant