IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN MARTIN OWEN,

       Plaintiff,                    No. CIV S-06-2531 RRB DAD PS

       vs.

UNITED STATES OF AMERICA,

       Defendant.              <u>ORDER</u>

_____/

       Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

       On February 28, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

       1. The findings and recommendations filed February 28, 2007, are adopted in full;

1

2. Defendant's December 4, 2006 motion to dismiss for lack of subject matter jurisdiction due to failure to exhaust administrative remedies is granted; and

3. This action is dismissed without prejudice.

ENTERED this 19th day of November, 2007.

                S/RALPH R. BEISTLINE
                UNITED STATES DISTRICT JUDGE